1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

| | |
|---|---|
| GONZALO ALONZO,<br><br>       Petitioner,<br><br>       v.<br><br>DAVE DAVEY, Warden,<br><br>       Respondent. | Case No. CV 14-2903 R (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

16      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate

17  Judge's Report and Recommendation, and the remaining record, and has made a *de*

18  *novo* determination.  No objections to the Report and Recommendation have been

19  filed.

20      Accordingly, IT IS ORDERED THAT:

21      1.      The Report and Recommendation is approved and accepted;

22      2.      Judgment be entered denying the Petition and dismissing this action

23              without prejudice; and

24      3.      The Clerk serve copies of this Order on the parties.

25      Additionally, for the reasons set forth in the Report and Recommendation, the

26  Court finds that Petitioner has not made a substantial showing of the denial of a

27  ///

28  ///

1   constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

2   *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of

3   appealability.

6   DATED: December 2, 2014

_____

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2