# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ALONZO,<br><br>         Petitioner,<br><br>     v.<br><br>DAVE DAVEY, Warden,<br><br>         Respondent. | Case No. CV 14-2903 R (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 2, 2014

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE